UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAJAZZ A. SMITH,

          Plaintiff,

    v.

L. VALENCIA,

          Defendant.

Case No. 16-cv-06577-YGR (PR)

**ORDER FOR CURRENT ADDRESS**

In the present case, Plaintiff informed the Court that as of July 16, 2018, she was released from custody and that her new address was as follows: 974 N. Lafayette, Apt. 104, Fresno, CA 93728. *See* Dkt. 52 at 1. Plaintiff has not communicated with the Court since that date. Defendant's counsel has informed the Court that she has been unable to communicate with Plaintiff since July 31, 2018 and that Plaintiff's "current whereabouts are unknown." *See* Dkt. 58 at 3; Oct. 18, 2018 Bajwa Decl. ¶¶ 4-7. Counsel has further informed the Court that she has been unsuccessful in contacting Plaintiff by telephone and by using the address above. *See* Nov. 5, 2018 Bajwa Decl. ¶¶ 3-5.

No later than **twenty-eight (28) days** from the date of this Order, Plaintiff must provide a current address at which mail may be sent to her. Failure to do so will result in the dismissal of this action for failure to prosecute and/or failure to comply with Local Rule 3-11, which requires that "a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court . . . a Notice of Change of Address specifying the new address."

The Clerk of the Court shall send this Order to Plaintiff at her last-known address.

IT IS SO ORDERED.

Dated: November 16, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge